Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOIST BENNETT,** | ) CASE #: 2:14-cv-05162-RZ |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal with prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of November, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 25th day of November, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Ralph Zarefsky
United States District Court
Central District of California


This 25th day of November, 2014.

s/Todd M. Friedman
Todd M. Friedman