Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOIST BENNETT,** | Case No. 2:14-cv-05162-RZ |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 29th day of December, 2014

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

1
2
3
4          By:   Leah S Strickland
5              LEAH S. STRICKLAND, ESQ.
               Attorney for Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Filed electronically on this 29th day of December, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Ralph Zarefsky
United States District Court
Central District of California

Leah S Strickland
Solomon Ward Seidenwurm & Smith LLP

Thomas F Landers , Jr
Solomon Ward Seidenwurm & Smith LLP


This 29th day of December, 2014.
s/Todd M. Friedman
TODD M. FRIEDMAN